STATE OF CONNECTICUT *v.* ANTONIO FORDE

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 159 (AC 17636), is denied.

*Jeanne M. Zulick,* special public defender, in support of the petition.

*Michael L. Regan,* assistant state's attorney, in opposition.

Decided April 27, 1999

GARY C. MOORE *v.* CONTINENTAL CASUALTY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 287 (AC 17682), is granted, limited to the following issue:

"Did the Appellate Court properly determine as a matter of law that a claim for emotional harm is not a claim for a bodily injury under the terms of a homeowner's insurance policy?"

CALLAHAN, C. J., and MCDONALD, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16100.

*Gerald T. Giamo,* in support of the petition.

*Kerry R. Callahan,* in opposition.